**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6814

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

LEROY N. INGRAM,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:05-cr-00500-HEH-RCY-1)

Submitted:  September 16, 2024                          Decided:  October 15, 2024

Before WILKINSON, NIEMEYER, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leroy N. Ingram, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leroy N. Ingram appeals the district court's order denying his motion for a sentence reduction under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Ingram*, No. 3:05-cr-00500-HEH-RCY-1 (E.D. Va. July 26, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*